IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:22-CR-09-CAR-CHW-16 |
| SARAH SIMS, : | |
| A/K/A ASHLEY LOUDERMILK, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL**

Before the Court is Defendant Sarah Sims's Unopposed Motion to Continue [Doc. 176] the pretrial hearing set for July 21, 2022, and the trial of this case which is set to begin on August 8, 2022, in Athens, Georgia. On April 12, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with conspiracy to possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine. Defendant was arrested on June 8, 2022. On June 16, 2022, Defendant was appointed counsel, pled not guilty at her arraignment, and was ordered detained pending trial. The Government does not oppose Defendant's current request.

In the Motion, defense counsel represents that additional time is needed to obtain and review discovery. Having considered the matter, the Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in

a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue Trial [Doc. 176] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until October 24, 2022, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 8th day of July, 2022.

> S/ C. Ashley Royal  
> C. ASHLEY ROYAL, SENIOR JUDGE  
> UNITED STATES DISTRICT COURT