IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SARAH SIMS, a.k.a ASHLEY LOUDERMILK,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>3:22-cr-00009-TES-CHW-16 |

### ORDER GRANTING MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss [Doc. 376] the Indictment [Doc. 1] as to Defendant Sarah Sims (a.k.a. Ashley Loudermilk) pursuant to Federal Rule of Criminal Procedure 48(a). [Doc. 376, p. 1]. The Government has indicated that "[t]here is insufficient evidence to prove [the] charges against Defendant [Sims] in light of pleas and statements by other parties in this case." [*Id.*].

The Court, having reviewed the motion, finds good cause exists to grant the Government's Motion to Dismiss [Doc. 376]. Accordingly, pursuant to Rule 48(a), the charge against Defendant Sarah Sims is **DISMISSED without prejudice**.

**SO ORDERED**, this 10th day of April, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**